UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

_____

**In re:**
    Michael F. Montagne,
        Debtor.

Chapter 12 Case
# 08-10916

_____

**Michael F. Montagne,**
        Plaintiff,
    v.
**Ag Venture Financial Services, Inc.,**
**Bourdeau Brothers, Inc.**
        Defendants.

Adversary Proceeding
# 08-1022

Filed & Entered
On Docket
January 5, 2009

_____

| *Appearances:* | *Jess T. Schwidde*<br>*Rutland, VT*<br>For the Debtor-Plaintiff | *Lisa Chalidze*<br>*Benson, VT*<br>For Diane Montagne | *Gary L. Franklin*<br>*Primmer Piper Eggleston*<br>  *& Cramer, PC*<br>*Burlington, VT*<br>For Defendant Ag Venture<br>  Services, Inc. |
|---|---|---|---|

**ORDER**
**GRANTING IN PART AND DENYING IN PART AG VENTURE'S MOTION TO STRIKE**

    For the reasons set forth in the memorandum of even date, IT IS HEREBY ORDERED that Ag Venture's amended motion to strike (doc. # 6) is GRANTED to the extent that the Court strikes (i) paragraphs 31, 33, and 34 of the complaint, (ii) all of exhibit 12 except the letterhead, date, and salutation on the first page of the exhibit and paragraphs 4 and 6 on the attached "Items of Concern," and (iii) all of exhibit 13.

    IT IS FURTHER ORDERED that Ag Venture's amended motion to strike (doc. # 6) is DENIED to the following extent: the Court denies the motion to strike paragraph 32 of the complaint, and denies the motion to strike the letterhead, date, and salutation on page 1 of exhibit 12 and paragraphs 4 and 6 listed on the Items of Concern attached to exhibit 12.

    SO ORDERED.

January 5, 2009
Rutland, Vermont

                                    Colleen A. Brown
                                    U.S. Bankruptcy Judge